```
 1
 2
 3                         UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
 4                                    AT TACOMA
 5
 6   RANDY COY HENDERSON,
                                                  Case No. C08-5718FDB-KLS
 7                  Petitioner,
                                                  ORDER DENYING
 8        v.                                      APPLICATION TO PROCEED *IN
                                                  FORMA PAUPERIS*
 9   STEVE SINCLAIR,
10                  Respondent.
11
```

Petitioner Henderson has filed objections arguing that his 2254 actions is not strictly civil and that the amount he must pay to file this action is over the $5.00 fee because of copying and mailing costs. Having reviewed Petitioners objections and his Petition, the Court finds Henderson's arguments unconvincing.

The Court, having reviewed the Report and Recommendation, petitioner's application to proceed *in forma pauperis* and the remaining record, hereby finds and ORDERS:

(1)   the Magistrate Judge's report and recommendation is approved and adopted;

(2)   petitioner's application to proceed *in forma pauperis* is DENIED;

(3)   petitioner shall pay the required filing fee ($5.00) to the Clerk of the Court within 30 days of the date of this Order, otherwise this action will be dismissed; and

(4)   the Clerk is directed to send copies of this Order to petitioner and any other party that has appeared in this action.

DATED this 26th day of January 2009.

                                        /s/ Franklin D. Burgess
                                        FRANKLIN D. BURGESS
                                        UNITED STATES DISTRICT JUDGE

ORDER
Page - 1