UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RANDY COY HENDERSON,<br><br>    Petitioner,<br><br>v.<br><br>STEVE SINCLAIR,<br><br>    Respondent. | Case No. C08-5718FDB-KLS<br><br>ORDER TRANSFERRING SECOND OR SUCCESSIVE PETITION |

The Court, having reviewed the Report and Recommendation and the remaining record, hereby finds and ORDERS:

(1) the Magistrate Judge's Report and Recommendation is approved and adopted;

(2) the petition (Dkt. #6) is TRANSFERRED to the Ninth Circuit as a second or successive petition.

(3) the Clerk is directed to enter this Order and send copies to petitioner, any other party that has appeared in this action, and the Hon. Karen L. Strombom.

(4) the Clerk is further directed to administratively close this file.

DATED this 14th day of April 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1