UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RANDY COY HENDERSON,

    Petitioner,

v.

STEVE SINCLAIR,

    Respondent.

Case No. C08-5718FDB-KLS

ORDER TRANSFERRING SECOND OR SUCCESSIVE PETITION

The Magistrate Judge recommends that Petitioner's current petition be transferred to the Ninth Circuit as a second or successive petition and to administratively close this case.

Petitioner has filed objections to the Report and Recommendation stating that his current petition involves newly discovered evidence and that the first petition was dismissed without prejudice. The Court, however, is not convinced by Petitioner's contentions.

The Court, having reviewed the Report and Recommendation and the remaining record, hereby finds and ORDERS:

(1) the Magistrate Judge's Report and Recommendation is approved and adopted;

(2) the petition (Dkt. #6) is TRANSFERRED to the Ninth Circuit as a second or successive petition.

(3) the Clerk is directed to enter this Order and send copies to petitioner, any other party that has appeared in this action, and the Hon. Karen L. Strombom.

(4) the Clerk is further directed to administratively close this file.

DATED this 14th day of April 2009.

/s/ Franklin D. Burgess
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1