# United States District Court

WESTERN DISTRICT OF WASHINGTON

RANDY COY HENDERSON

        v.

STEVE SINCLAIR

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5718FDB/KLS

__    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Magistrate Judge's Report and Recommendation is approved and adopted; and

The petition (Dkt. #6) is TRANSFERRED to the Ninth Circuit as a second successive petition.

| | |
|---|---|
|   April 16, 2009 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |